IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT BROWNLEE, )
)
)
       Petitioner, )
   v. )  Civil Action No. 17-1172
)  Judge Nora Barry Fischer
SUPERINTENDENT, SCI FAYETTE, )  U.S. Magistrate Judge Lisa Pupo Lenihan
THE ATTORNEY GENERAL OF THE )
STATE OF PENNSYLVANIA, )
       Respondents. )

## ORDER OF COURT

AND NOW, this 24th day of September, 2018, after a Report and Recommendation was filed by U.S. Magistrate Judge Lisa Pupo Lenihan on August 27, 2018, (Docket No. [16]), recommending that Petitioner Robert Brownlee's Petition for Writ of Habeas Corpus, (Docket No. [1]), be denied and that a Certificate of Appealability be denied, the parties were provided 14 days to file written objections thereto, to which Petitioner responded by filing Objections on September 6, 2018, (Docket No. [17]), and Respondents having declined to file a Response to same within 14 days or by September 20, 2018, and upon independent de novo review of the record, and upon consideration of Magistrate Judge Lehihan's Report and Recommendation, (Docket No. [16]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Petitioner's Objections [17] are OVERRULED as Petitioner has failed to demonstrate that the R&R should not be adopted as the Opinion of the Court;

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus [1] is DENIED;

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED;

1

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and

FINALLY, IT IS ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Pittsburgh, PA, within thirty (30) days.

<u>*s/ Nora Barry Fischer*</u>
Nora Barry Fischer, U.S. District Judge

cc/ecf: All counsel of record.

U.S. Magistrate Judge Lisa Pupo Lenihan